# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MOSE S. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00094-HEA |
| ) | |
| GARRET A. SWIMS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On October 10, 2023, Assistant Attorney General Nicolas Taulbee advised that he would not waive service of process as to defendant Phillip Dobbs because he was no longer employed by the Missouri Department of Corrections. The Court will therefore order counsel to submit, under seal and *ex parte*, the last known residential address for defendant Phillip Dobbs.

Accordingly,

**IT IS HEREBY ORDERED** that Assistant Attorney General Nicolas Taulbee shall submit to the Court, under seal and *ex parte*, the last known home address for defendant Phillip Dobbs.

Dated this 6th day of November, 2023.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE